NOTC
RICHARD ENGLEMANN
Nevada Bar No. 6965
K E A T I N G LAW GROUP
9130 W. Russell Road
Suite 200
Las Vegas, Nevada 89148
renglemann@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Encompass Insurance Company Of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, a Member of the Chubb Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENCOMPASS INSURANCE COMPANY OF AMERICA, a Subsidiary of the Allstate Corporation; GANNON & ASSOCIATES, In-House Counsel for Encompass & Allstate,<br><br>Defendants. | CASE NO.: 2:15-cv-2116<br><br><u>NOTICE OF SETTLEMENT AND ORDER FOR STATUS CHECK REGARDING SETTLEMENT DOCUMENTS</u> |

Defendants ENCOMPASS INSURANCE COMPANY OF AMERICA, a Subsidiary of the Allstate Corporation, by and through its attorneys K E A T I N G LAW GROUP, hereby submits this Notice of Settlement.

On December 10, 2015, Plaintiff FEDERAL INSURANCE COMPANY, a Member of the Chubb Corporation globally settled with Defendants ENCOMPASS INSURANCE COMPANY OF AMERICA, a Subsidiary of the Allstate Corporation; GANNON & ASSOCIATES, In-House Counsel for Encompass & Allstate. (Defendant Gannon & Associates have not filed an answer in this matter.)

Accordingly, IT IS HEREBY STIPULATED to have the Court suspend any deadlines and to vacate all hearing and trial dates, if any, and request that the Court set this matter for a status check in Forty-Five (45) days regarding the status of the settlement documents.

DATED this 10 day of Dec, 2015.              DATED this 10th day of December, 2015.

KEATING LAW GROUP                           MURCHISON & CUMMING, LLP

_____                   /s/ Michael J. Nunez
RICHARD A. ENGLEMANN                        MICHAEL J. NUNEZ
Nevada Bar No. 6965                         Nevada Bar No. 10703
9130 W. Russell Rd. Ste. 200                6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89148                     Las Vegas, Nevada 89145
*Attorney for Defendant*                    *Attorney for Plaintiff*
*Encompass Insurance Company*               *Federal Insurance Company*
*Of America*

ORDER

Based Upon the foregoing, IT IS HEREBY ORDERED that any deadlines and hearing and trial dates are vacated. ~~and this matter is set for a status check regarding the settlement documents on the _____ day of _____, 2016 at the hour of _____ or in chambers.~~ The parties shall file settlement documents or a Joint Status Report regarding the filing of settlement documents within 45 days of the date of this Order.

DATED this 11th day of December, 2015.

_____
DISTRICT COURT JUDGE

Submitted by:

KEATING LAW GROUP

_____
RICHARD A. ENGLEMANN
Nevada Bar No.: 6965
9130 W. Russell Rd. Ste. 200
Las Vegas, Nevada 89148
*Attorney for Defendant*